IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CHARLES EUGENE ROEAVED )
Full name and prison number )
of plaintiff 2019 SEP 19 A 10:23 )
                                  )
v.        DEBRA P. HACKETT, CLK   )    CIVIL ACTION NO. 2:19-CV-693-ALB-CSC
          U.S. DISTRICT COURT     )    (To be supplied by the Clerk of
R. LEWIS MIDDLE DISTRICT ALA      )    U.S. District Court)
                                  )
C. BRYANT,                        )
                                  )    DEMAND FOR JURY TRIAL
B. WILLIAMS,                      )
                                  )
B. DANIELS,                       )
                                  )
MR. GILLIAM, KARLA JONES          )
Name of person(s) who violated    )
your constitutional rights.       )
(List the names of all the        )
persons)                          )

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  Yes ( )  No ( )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  Yes ( )  No ( )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline).

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  *KILBY CORR FACILITY*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  *KILBY CORR FACILITY*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**  **ADDRESS**

1. "R. LEWIS" P.O. Box 150 MT. MEIGS, AL 36057
2. "B. DANIELS" P.O. Box 150 MT. MEIGS, AL 36057
3. "B. WILLIAMS" P.O. Box 150 MT. MEIGS, AL 36057
4. "C. BRYANT" P.O. Box 150 MT. MEIGS, AL 36057
5. OFFICER MR. GILLIAM P.O. Box 150 MT. MEIGS, AL 36057
6. KARLA JONES P.O. Box 150 MT. MEIGS, AL 36057

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *SEPTEMBER 15, 2019 AND DIRECTED AND PLANNED ON SEPT 14, 2019*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *EXCESSIVE FORCE*

*I HAVE A BODY CHART, PHOTOS, AND EXCESSIVE FORCE FORM IN THIS ISSUE.*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

ON SEPT 15, 2019 I WAS ASSAULTED BY NUMEROUS OFFICERS WHILE I WAS HANDCUFFED TO THE BACK CAUSING ME TO "BLACKOUT". IN THIS INCIDENT, MY HEAD WAS BUSTED DUE TO BEING BEATEN BY METAL STICKS BY OFFICERS "C. BRYANT" AND "B. WILLIAMS". I WAS SUFFERING SERIOUS PHYSICAL INJURIES.

GROUND TWO: __TORTURE__

SUPPORTING FACTS: OFFICERS WAS HITTING ME, KICKING ME, AND MY TOOTH WAS CHIPPED, FRACTURED NECK, BACK INJURIES, BUSTED LIP FROM INSIDE AND OUTSIDE AND BUSTED HEAD ALONG WITH DEEP SCARES ON MY RIGHT ELBOW. BEFORE THE INCIDENT I TOLD THE OFFICERS B. WILLIAMS AND R. LEWIS TO CALL WARDEN KARLA JONES AND THEY CAME BACK AND STATED SHE SAID SHE AIN'T COMIN NO MUTHFUCKEN WHERE.

GROUND THREE: __CORRUPTION, WRONGFUL ACTS, UNFAIR DISCRIMINATION, NEGLIGENCE, CRUEL AND UNUSUAL PUNISHMENTS.__

SUPPORTING FACTS: I WAS NOTIFIED BY THE CORRECTIONAL OFFICERS THAT WARDEN KARLA JONES ORCHESTRATED AND DESIGN THE ATTACK THE DAY BEFORE SEPT 14, 2019 WHEN SHE CAME UP TO KILBY FACILITY AND THATS WHY SHE DIDN'T COME TO RESOLVE THE PROBLEM AND I HAVE NURSES AND INMATES WHO SEEN THIS PHYSICAL TORTURE VIOLATING BAN ON CRUEL AND UNUSUAL PUNISHMENT VIOLATING EIGHTH AMENDMENT AND VIOLATING DUE PROCESS OF THE LAW, VIOLATING US DEPT OF JUSTICE, FEDERAL STANDARDS FOR PRISONS § 6.15 (1980); VIOLATING ADMIN REG 527 USE OF FORCE, VIOLATING ADMIN REG 208 EMPLOYEE STANDARDS OF CONDUCT AND DISCIPLINE, AND VIOLATING TITLE 14-3-13 ALABAMA CODE OATH OF OFFICE.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Punitive damages 700,000 Dollars, Compensatory damages 117 Million Dollars, Plaintiffs costs in this suit, a jury on all issues triable by jury, any additional relief this court deems in suit._

_Church Moore_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on __9/17/2019__.
(date)

_Church Moore_
Signature of plaintiff(s)

4

CHARLES E. MOORE #297332
KILBY (L-1)
P.O. BOX 150
MT. MEIGS, AL 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been reviewed, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

CLERK
ONE CHURCH STREET
B-110
MONTGOMERY, AL
36104

LEGAL MAIL